UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmity Tovb,                                           Civil No. 07-1329 (PAM/JSM)

                Plaintiff,

v.                                                                  **ORDER**

United States Citizenship and Immigration
Services, et al.,

                Defendants.

On February 1, 2008, the parties through counsel filed a signed Stipulation to Dismiss (Docket No. 17) stating that this matter has been resolved and may be dismissed with prejudice. Dismissal as stipulated is warranted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, **IT IS HEREBY ORDERED** that:

1. Claims asserted by Plaintiff Dmity Tovb against Defendant United States Citizenship and Immigration Services, et al., are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated:     February 11, 2008

                                                      s/Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge